■ In the Matter of JENNIFER O. and Others, Infants. JEF-FERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent;

MARK L. O., Appellant. (Appeal No. 1.) [722 NYS2d 205] —Appeal unanimously dismissed without costs (*see, Matter of Anonymous v New York City Health & Hosps. Corp.,* 70 NY2d 972, 973-974, *rearg denied* 71 NY2d 994). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Mental Hygiene Law.) Present—Hayes, J. P., Wisner, Scudder, Kehoe and Burns, JJ.